■ CITY OF NEW YORK v GOLDMAN.—Motion for modification of this court's order, entered on December 19, 1985 (115 AD2d 424), granted insofar as to delete its last sentence and to substitute therefor the following: "We direct that discovery be completed expeditiously and that a trial follow forthwith." Concur—Kupferman, J. P., Sandler, Sullivan, Asch and Kassal, JJ.

(February 7, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANTHONY JAMES and JOHN SANTANA, Respondents.—Appeals from two orders, Supreme Court, New York County (Herbert Altman, J.), both entered on June 27, 1985, unanimously dismissed as being taken from interlocutory orders. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Ellerin, JJ.